UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BRENNAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>　　　　　　Defendants. | Case No.:  20-CV-2472-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR MOVING DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 8]** |

Plaintiff Molly Brennan and Defendants Teva Pharmaceuticals USA, Inc., the Cooper Companies, Inc., and CooperSurgical, Inc. ("Moving Defendants") filed a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint (the "Joint Motion").  ECF No. 8.  The non-moving Defendants have already filed answers to the Complaint.  *See* ECF Nos. 4-6.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Moving Defendants must file their responsive pleadings by January 22, 2021.

**IT IS SO ORDERED.**

Dated: December 28, 2020

　　　　　　　　　　　　　　　　　　　　　　／s／ *(signature)*
　　　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge